```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| DELORES TAYLOR | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| SPECTRUM ARENA LIMITED | : | |
| PARTNERSHIP, ET AL | : | NO. 02-4211 |

### O R D E R

AND NOW, this 5th day of August, 2002, upon review of the record, the Court notes that service of the Complaint was made by personal service upon Defendants on July 2, 2002. The court further notes that a pleading has not been filed in the above captioned action in response to the Complaint. If a Request for Default is not filed by August 19, 2002, the Court may enter an Order dismissing the case against the above named Defendants for lack of prosecution.

BY THE COURT:

_____
JOHN R. PADOVA, J.